# EXHIBIT 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**
**TXu 2-163-328**
**Effective Date of Registration:**
October 28, 2019
**Registration Decision Date:**
October 29, 2019

## Title

**Title of Work:** The Muppet Babies Production Bible

## Completion/Publication

**Year of Completion:** 1984

## Author

- **Author:** Jeffrey Scott
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Jeffrey Scott
c/o King Holmes Paterno & Soriano LLP, 1900 Ave. of the Stars, 25th Floor, Los Angeles, CA, 90067, United States

## Limitation of copyright claim

**Material excluded from this claim:** Muppet characters

**New material included in claim:** text

## Certification

**Name:** Matt Bridges
**Date:** October 28, 2019