# EXHIBIT 3



# The Next Generation

by Jeffrey Scott

***If it ain't broke, don't fix it!***

The Muppet Babies series never was and never will be broken. The series worked like a charm for 107 episodes. To remake the series without risking its success it is only necessary to update the animation so that it looks like a 2017 production, and revise a few of its elements to make them fit better in today's world.

## The Look

There were essentially two worlds in the Muppet Babies' universe: their home (the nursery) and their imaginations. These worlds should be updated to state-of-the-art animation. Instead of 2D, the Babies themselves should be in CG. They should not be redesigned, but simply modeled in CG to look as closely like the original 2D characters as possible. The original designs (above) were magnificently simple and emotionally engaging. Like the Babies, their home should also be upgraded from 2D to rich, Pixar-Disney quality CG.

Perhaps the most unique aspect of the original Muppet Babies series was the eclectic styles of animation used within the worlds of the Babies' imaginations. Although the stories and subplots should still dictate the style of animation utilized in each trip into their imaginations, it might bring more consistency to the characters if, in general, the

animation styles of their imaginations reflected their unique personalities so that there was a familiar feeling each time we went into a Baby's imagination. With today's varied computer animation styles this should be easy to accomplish.

## Series Structure

The basic structure of the series should remain the same—i.e. the Babies encounter a problem in the real world that propels them into their imaginations where, following a thematic/moral arc, they explore it, explode it, and ultimately resolve it. This is what made the original series a classic and should not be changed.

## Stock Library

One of the most unique aspects of the original series was the use of stock footage. When the Babies imagined adventure we used stock from Paramount's "Raiders of the Lost Ark". When they went into space we used Fox's "Star Wars" stock. When Fozzie struggled with his stand-up comedy we'd cut away to stock from Columbia's "Three Stooges" shorts. But the Disney universe might provide a more unified approach. This can be accomplished through Disney films, TV, wildlife stock, classical Disney characters, Pixar characters, ESPN, the Princesses, Star Wars, Marvel, etc. By focusing on Disney elements we can reinforce the reality that most children's worlds are, in fact, comprised of a great deal of "Disney".

## Nursery = Nursery School

In the original Muppet Babies series the Babies lived in a nursery. To update and broaden their home base we might replace the nursery with an almost magical, one-room preschool environment inside a charming old house, richly built in CG.

We were often asked, *Why are all these Babies, of different "Henson species", together in one nursery? And who is their nanny?* Though we never answered these questions—and there really is no need to—changing their nursery to a preschool answers these questions, makes more sense and gives us more to work with creatively. Envision a big warm room with books, table, play area, toys, instruments, art supplies, easels, learning aids, etc. It has everything the old nursery had and a whole lot more.

To broaden their "home" we can add a second location—an attached, outdoor playground with sandbox, play apparatus, slide, swing, grass area, big tree and perhaps a charming tree house.

The main preschool room and playground are just launch pads for the Babies' imaginations, not where the actual stories will take place. As before, all of our stories will take place in the Muppet Babies' imaginations.

## Nanny = FRanny

If we stick with Nanny, Betty White would be the ideal replacement voice for Barbara Billingsley. But if we update the Muppet Babies by putting them in preschool we might want to update Nanny and make her a more youthful, relevant character. To a young child a woman in her twenties or thirties is an "old lady". So why not rename Nanny to Franny, make her a preschool teacher and cast a younger, hipper female voice like Selena Gomez, Taylor Swift, Daisy Ridley or the like. We can keep Franny visible from the socks down as before.

## Curriculum

The original Muppet Babies was not a preschool series. It was pure entertainment. But we can inject some non-specific educational elements without reducing the entertainment and sheer fun of the series. With a 95% entertainment, 5% information formula we could integrate simple, useful facts and morals to our stories. For example, Scooter, Kermit or Franny could subtly correct Gonzo or Fozzie's wild inaccuracies with bits of correct information, cleverly woven into the stories.

## Format / Writing Style

Perhaps the most important and successful element of the original Muppet Babies series came from the fact that the stories were not written down to children. They had a "soft sophistication" to them and subtle references that allowed adults to enjoy the series along with their children, much like broad family audiences enjoy Pixar and Disney animated features.

