ERIN J. COX (State Bar No. 267954)
Erin.Cox@mto.com
MARK R. YOHALEM (State Bar No. 243596)
Mark.Yohalem@mto.com
BRANDON E. MARTINEZ (State Bar No. 318749)
Brandon.Martinez@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for The Walt Disney Company

[Additional Counsel and Party on Signature Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| JEFFREY SCOTT, an individual, | Case No. 2:20-CV-09709-SB-SK |
|---|---|
| Plaintiff, | **STIPULATION SETTING BRIEFING AND HEARING SCHEDULE ON DEFENDANT THE WALT DISNEY COMPANY'S MOTION TO DISMISS UNDER FED. R. CIV. P 12(b)(1) AND 12(b)(6)** |
| vs. | |
| THE WALT DISNEY COMPANY, a Delaware corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | **Judge:** Hon. Stanley Blumenfeld, Jr. |
| | **Date:** March 26, 2021<br>**Time:** 8:30 A.M.<br>**Place:** Courtroom 6C |
| | **Action Filing Date:** October 22. 2020 |

1  WHEREAS, on October 22, 2020, Plaintiff Jeffrey Scott filed a complaint in
2 the above-captioned action (Dkt. No. 1) ("Complaint");
3  WHEREAS, concurrently herewith, Defendant The Walt Disney Company is
4 filing a motion to dismiss Plaintiff's Complaint under Fed. R. Civ. P. 12(b)(1) and
5 12(b)(6) ("Motion");
6  WHEREAS the parties have met and conferred and agreed on a mutually
7 agreeable schedule for briefing Defendant The Walt Disney Company's Motion;
8  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY
9 THE PARTIES AS FOLLOWS:
10  Plaintiff shall have until February 19, 2021 to oppose or otherwise respond to
11 Defendant The Walt Disney Company's Motion.
12  Defendant The Walt Disney Company shall have until March 12, 2021 to file
13 a reply in support of its Motion.
14  Defendant The Walt Disney Company shall notice its Motion for hearing on
15 March 26, 2021, at 8:30 A.M., in Courtroom 6C.
16
17  IT IS SO STIPULATED.
18
19
20
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | DATED: January 27, 2021 | Respectfully submitted, |
| 2 | | |
| 3 | | MUNGER, TOLLES & OLSON LLP |
| 4 | | |
| 5 | | By: */s/ Erin J. Cox* |
| 6 | | ERIN J. COX |
| 7 | | Attorneys for The Walt Disney Company |
| 8 | DATED: January 27, 2021 | KING, HOLMES, PATERNO & SORIANO, LLP |

By: */s/ Stephen D. Rothschild*
STEPHEN D. ROTHSCHILD

HOWARD E. KING (State Bar No. 77012)
hking@khpslaw.com
STEPHEN D. ROTHSCHILD (State Bar No. 132514)
srothschild@khpslaw.com
KING, HOLMES, PATERNO & SORIANO, LLP
1900 Avenue of the Stars, Twenty-Fifth Floor
Los Angeles, CA 90067-4506
Telephone: (310) 282-8989
Facsimile: (310) 282-8903

Attorneys for Plaintiff