KING, HOLMES, PATERNO & SORIANO, LLP
HOWARD E. KING, ESQ., STATE BAR NO. 77012
STEPHEN D. ROTHSCHILD, ESQ., STATE BAR NO. 132514
SROTHSCHILD@KHPSLAW.COM
1900 AVENUE OF THE STARS, TWENTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90067-4506
TELEPHONE:   (310) 282-8989
FACSIMILE:    (310) 282-8903

Attorneys for Plaintiff Jeffrey Scott

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JEFFREY SCOTT, an individual,<br><br>       Plaintiff,<br><br>vs.<br><br>THE WALT DISNEY COMPANY, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>       Defendant. | CASE NO. 2:20-cv-09709 SB (SKx)<br><br>**PLAINTIFF'S OBJECTIONS TO DEFENDANT'S REPLY BRIEF AND SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE; AND REQUEST THAT COURT ORDER DEFENDANT TO FILE A COMPLIANT REPLY BRIEF OR GRANT PLAINTIFF LEAVE TO FILE SUR-REPLY**<br><br>Date:   March 26, 2021<br>Time:  8:30 a.m.<br>Dept:   6C<br><br>**Action Filed:** October 22. 2020 |

   Plaintiff Jeffrey Scott ("plaintiff") hereby objects to the reply brief (the "Reply") and supplemental request for judicial notice filed in support of defendant the Walt Disney Company's ("defendant") motion to dismiss plaintiff's complaint, on the following grounds:

   1.   The Reply contains approximately 75 lines of single-spaced argument in its body and in footnotes for the purpose of evading this Court's fifteen-page limit on reply briefs and, therefore, is three pages longer than the Court's rules allow.

   2.   The Reply cites approximately forty new authorities that were not cited

in the memoranda in support of and in opposition to defendant's motion, which were available to defendant before it filed its opening brief and most of which address the same issues that defendant argued in its opening brief.

3. Defendant's supplemental request for judicial notice attaches material that was available to defendant when it filed the instant motion and raises questions of fact that go beyond the standing issues raised in defendant's motion and beyond what is proper on a motion to dismiss.

4. Defendant's supplemental request for judicial notice is improper because defendant alleges inferences from the documents attached thereto without any evidence as to the circumstances of their preparation or the matters addressed therein. See *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001) ("a court may not take judicial notice of a fact that is subject to reasonable dispute") (internal quotation mark and circumstances omitted).

Accordingly, Scott requests that the Court order defendant to refile its reply adhering to the Court's page limits, without additional authorities that are not necessary to respond to Scott's opposition, and without the supplemental request for judicial notice, or, in the alternative, that the Court continue the hearing on defendant's motion to afford plaintiff the opportunity ten days from the Court's order hereon to file a sur-reply of ten pages.

DATED: March 17, 2021

KING, HOLMES, PATERNO & SORIANO, LLP

By: _____/s/ Stephen D. Rothschild_____
HOWARD E. KING
STEPHEN D. ROTHSCHILD
Attorneys for Plaintiff Jeffrey Scott

KING, HOLMES, PATERNO & SORIANO, LLP

5395.060/1673774.1

2